IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**DARRELL K. WILLIAMS**   **PLAINTIFF**
**ADC #092508**

v.   No: 2:23-cv-00024-JM

**TYLER R. HOLLOWELL,** *et al.*   **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommendation submitted by United States Magistrate Judge Patricia S. Harris. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1. Williams's complaint is dismissed without prejudice for failure to state a claim upon which relief may be granted.

2. Dismissal of this action should be considered a "strike" within the meaning of 28 U.S.C. § 1915(g).

3. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this order would not be taken in good faith.

DATED this 24th day of July, 2023.

_____
UNITED STATES DISTRICT JUDGE