# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**DARRELL K. WILLIAMS**  **PLAINTIFF**
**ADC #092508**

v.  No: 2:23-cv-00024-JM

**TYLER R. HOLLOWELL**, *et al.*  **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice.

DATED this 24th day of July, 2023.

_____
UNITED STATES DISTRICT JUDGE